PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Adriana Beqiraj**                                    Docket No. **17-03172M-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW, ELIZABETH AUSON PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Adriana Beqiraj who was placed under pretrial release supervision by the **HONORABLE STEVE C. MANNION** sitting in the Court at **50 Walnut Street**, on **October 2, 2017**, under the following conditions:

Respectfully presenting petition for action of Court and for cause as follows:

$100,000 Unsecured Appearance Bond. The following conditions are also recommended:

1. The defendant shall be released into the third party custody of her father, Paul Beqiraj.
2. Pretrial Services Supervision.
3. Travel restricted to New York and New Jersey unless otherwise approved by Pretrial Services.
4. Maintain or actively seek employment.
5. Maintain or commence an education program.
6. Surrender passport within 24 hours and do not reapply for a new one.

The defendant is supervised in the Southern District of New York based on her residence in Carmel, New York.

PRAYING THAT THE COURT WILL ORDER: **The defendant shall participate in mental health evaluation and treatment as deemed necessary by Pretrial Services**

ORDER OF COURT

Considered and ordered this ___6th___ day of ___April___, 2018 and ordered filed and made a part of the records in the above case.

_____
Steven C. Mannion
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____April 4, 2018_____

*Elizabeth Auson*

_____
Elizabeth Auson
U.S. Pretrial Services Officer